UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| KIMBERLY MILLER, BRIANA HOUSER, and DEAN BUCHHOLZ, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.S.C., INC., d/b/a PUGET SOUND COLLECTIONS, and DOES ONE THROUGH TEN,<br><br>Defendants. | Case No. 3:17-cv-5864<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |

PLEASE TAKE NOTICE THAT defendant P.S.C., Inc. d/b/a Puget Sound Collections ("PSC") hereby removes to this court the state court action described below.

1. This is a civil action over which the court has original jurisdiction under 28 U.S.C. § 1331, and which may be removed to this court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1367, because it involves claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and transactionally related state law claims.

2. On or about October 5, 2017, plaintiffs purportedly served a summons and complaint on PSC, entitled *Kimberly Miller, Briana Houser, and Dead Buchholz, on behalf of themselves and on behalf of others similarly situated, v. PSC, Inc. d/b/a Puget*

Page 1 -   **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

NOTICE of removal (USDC) 4845-0385-2114 v.1

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

*Sound Collections et al.*, Superior Court for the State of Washington, In and For Pierce County, case no. 17-2-11360-9. Attached as Exhibits A, B, C and D are copies of the summons, complaint, first amended complaint and declaration of service. Given the purported date of service, this notice of removal is timely.

3. Venue is proper in this district because it is the district embracing the place where the state court action is pending. *See* 28 U.S.C. §1441(a).

4. PSC is unaware of any further proceedings that have occurred in the state court action.

5. In filing this notice, PSC does not waive any defenses or claims, including (but not limited to) any defenses based on jurisdiction, service, or statute of limitations.

DATED: October 24, 2017

COSGRAVE VERGEER KESTER LLP

*/s/ Robert E. Sabido*
Robert E. Sabido, WSBA #29170
rsabido@cosgravelaw.com
Timothy J. Fransen, WSBA #51110
tfransen@cosgravelaw.com
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendant P.S.C., Inc. dba Puget Sound Collections

Page 2 - **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

NOTICE of removal (USDC) 4845-0385-2114 v.1

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I electronically filed the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Beth E. Terrell
Blythe H. Chandler
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
    Attorneys for Plaintiff

Joshua L. Turnham
Law Office of Joshua L. Turnham, PLLC
214 E. Galer Street, Suite 100
Seattle, WA 98102
    Attorney for Plaintiffs

DATED: October 24, 2017

*/s/ Robert E. Sabido*
Robert E. Sabido

Page 1 - CERTIFICATE OF SERVICE
NOTICE of removal (USDC) 4845-0385-2114 v.1

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000