THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY MILLER, BRIANA HOUSER, and DEAN BUCHHOLZ, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.S.C., INC., d/b/a PUGET SOUND COLLECTIONS, and DOES ONE THROUGH TEN,<br><br>Defendants. | NO. 3:17-cv-05864-RBL<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SECOND DISTRIBUTION OF SETTLEMENT FUNDS**<br><br>**NOTED FOR CONSIDERATION**:<br>August 4, 2020 |

## I. INTRODUCTION

Plaintiffs and Class Counsel respectfully request that the Court authorize a second distribution of settlement awards, which the settlement administrator has determined to be administratively feasible, and approve additional payment to the settlement administrator for the costs of a second distribution. PSC does not oppose this request. Declaration of Blythe H. Chandler in Support of Plaintiff's Unopposed Motion ("Chandler Decl."), at ¶ 2.

## II. STATEMENT OF FACTS

The Court granted final approval of the class action settlement in this matter on January 10, 2020. Dkt. #75. The $1,245,000 cash portion of the settlement is non-reversionary. None of it will be returned to PSC. Dkt. #64-1 at § III.1. In its Final Approval

PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SECOND
DISTRIBUTION OF SETTLEMENT FUNDS - 1
CASE NO. 3:17-CV-05864-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Order, the Court directed that the cash portion of the settlement fund be paid to class members as required by the Settlement Agreement. Class members received a pro rata share of the amount they paid to PSC in collection fees and interest. Per the Settlement Agreement, the Court directed that any amounts remaining after the deadline to cash checks be distributed in *cy pres* to the Legal Foundation of Washington and the Northwest Consumer Law Center. Dkt. #75 at ¶ 5.

The Settlement Administrator has completed the initial distribution of the settlement fund as directed by the Court. Declaration of Settlement Administrator ("Administrator Decl.") ¶¶ 3-7. The administrator mailed a total of 2,860 checks to class members. Of those, 27 were returned undeliverable after advanced address searches and 689 checks were neither cashed nor returned undeliverable.[1] Administrator Decl. ¶ 7, Table 1. As a result, $113,742.46 remains in the settlement fund. *Id.*

Although not contemplated by the settlement agreement, Class Counsel propose a second distribution to class members who cashed their initial checks. Class Counsel proposes mailing to each settlement class member who cashed a check their pro-rata share of the remaining settlement fund (less additional administration expenses). Class Counsel proposes sending second distribution checks only to class members who cashed their first check and whose pro rata share of the remaining settlement fund is at least $15 in order to increase the likelihood that the second distribution checks will be cashed. Chandler Decl. ¶ 3. The settlement administrator can complete the proposed second distribution for a fee of $6,210, leaving $107,532.46 to be distributed to the Class. If the proposed second distribution is

---

[1] Seventy-five percent (75%) of the checks mailed in the first distribution were cashed. This check cashing rate is higher than the average of fifty-five percent (55%) for settlements providing direct payments with no claims process according to an FTC study of class settlement data. Fed. Trade Comm'n, *Consumers & Class Actions: A Retrospective & Analysis of Settlement Campaigns* 31-32 (2019), available at https://www.ftc.gov/system/files/documents/reports/consumers-class-actions-retrospective-analysis-settlement-campaigns/class_action_fairness_report_0.pdf.

PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SECOND
DISTRIBUTION OF SETTLEMENT FUNDS - 2
CASE NO. 3:17-CV-05864-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

approved, checks will be mailed to 1,540 class members who cashed the first check and whose pro rata share of the remaining fund is at least $15. The highest check amount will be $666.16, the lowest amount will be $15.05, and the average check amount will be $69.83. Administrator Decl. ¶ 8, Table 2.

Class Counsel propose that second distribution checks be valid for 90 days from the date of issuance. They propose that amounts remaining after the check cashing period for the second distribution will be distributed in *cy pres* to the Legal Foundation of Washington and the Northwest Consumer Law Center per the Settlement Agreement and Final Approval Order. *See* Dkt. #75 at ¶ 5; Chandler Decl. ¶ 4.

Counsel for P.S.C. confirmed that P.S.C. does not oppose this motion. Chandler Decl. at ¶ 2. The proposed second distribution does not have any impact on the release granted in the Settlement Agreement approved by the Court.

### III.  AUTHORITY

In its Final Approval Order, this Court retained jurisdiction to "consider all further matters arising out of or connected with the settlement." Dkt. #75 at ¶ 20. The Court therefore has jurisdiction to resolve post-final approval administration issues. *See Manual for Complex Litigation,* § 30.47 (3d Ed. 1995) ("The equitable powers of the Court may be invoked to deal with other problems that commonly arise during administration of the settlement."); *Brown v. Jonathan Neil & Associates, Inc.*, No. 1:14-cv-00675SAB, 2019 WL 1556658 (E.D. Cal. Apr. 10, 2019) (resolving issues arising out of untimely claims made after final approval).

Class Counsel respectfully submits that the proposed second distribution is in the best interests of the class because it is administratively feasible and will result in additional payments to the Class prior to *cy pres* distribution of unclaimed funds. Class Counsel requests the Court approve payment from the remaining settlement fund to the Settlement Administrator in an amount not to exceed $6,210 for administration costs involved in the proposed second distribution.

PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SECOND
DISTRIBUTION OF SETTLEMENT FUNDS - 3
CASE NO. 3:17-CV-05864-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## IV. CONCLUSION

For the forgoing reasons, Plaintiffs and Class Counsel request that the Court direct a second distribution of the remaining settlement funds as set forth in the enclosed order.

RESPECTFULLY SUBMITTED AND DATED this 4th day of August, 2020.

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Blythe H. Chandler, WSBA #43387
      Beth E. Terrell, WSBA #26759
      Email: bterrell@terrellmarshall.com
      Blythe H. Chandler, WSBA #43387
      Email: bchandler@terrellmarshall.com
      936 North 34th Street, Suite 300
      Seattle, Washington 98103-8869
      Telephone: (206) 816-6603
      Facsimile: (206) 319-5450

      Joshua L. Turnham, WSBA #49926
      Email: joshua@turnhamlaw.com
      THE LAW OFFICE OF
        JOSHUA L. TURNHAM, PLLC
      214 East Galer Street, Suite 100
      Seattle Washington 98102
      Telephone: (206) 395-9267
      Facsimile: (206) 905-2996

*Attorneys for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SECOND
DISTRIBUTION OF SETTLEMENT FUNDS - 4
CASE NO. 3:17-CV-05864-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert E. Sabido, WSBA #29170
>Email: rsabido@cosgravelaw.com
>Timothy J. Fransen, WSBA #51110
>Email: tfransen@cosgravelaw.com
>COSGRAVE VERGEER KESTER LLP
>900 SW Fifth Avenue, 24th Floor
>Portland, Oregon 97204
>Telephone: (503) 323-9000
>Facsimile: (503) 323-9019

*Attorneys for Defendant*

DATED this 4th day of August, 2020.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:   /s/ Blythe H. Chandler, WSBA #43387
>Blythe H. Chandler, WSBA #43387
>Email: bchandler@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SECOND
DISTRIBUTION OF SETTLEMENT FUNDS - 5
CASE NO. 3:17-CV-05864-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com